IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

VS.                             NO. 4:13MJ6022-02-BD

AMJAD KATTOM                                                                            DEFENDANT

## ORDER

Defendant Amjad Kattom appeared before the Court on June 26, 2013, for his initial appearance hearing. Defendant's native language is Arabic. He is not well versed in the English language and is unable to fully understand the legal proceedings being conducted. Defendant and his counsel request the assistance of an interpreter to enable Defendant to communicate with and comprehend the presiding judicial officers and other parties at all proceedings conducted in court.

The Court therefore directs that an interpreter be appointed, pursuant to Rule 28 of the Federal Rules of Criminal Procedure. The Clerk is directed to appoint a qualified interpreter to assist the Defendant, counsel, and the court at any and all court proceedings in this case.

IT IS SO ORDERED this 27th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE